**Order entered February 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01025-CV

**JEWELL THOMAS, Appellant**

**V.**

**TOSCANA PALMS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-04190-E**

## ORDER

The clerk's record has been filed in this appeal. The reporter's record is overdue and the Court has had no correspondence from the court reporter regarding the record.

Accordingly, the Court **ORDERS** court reporter Vikki Ogden to file, within **THIRTY DAYS** of the date of this order, either: (1) written verification no hearings were recorded; (2) written verification that appellant has not requested or paid for the record; or (3) the complete reporter's record, including exhibits. *The Court notifies appellant that if we receive verification of non-payment, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Vikki Ogden, official court reporter of the County Court at Law No. 5, and to counsel for all parties.

/s/    ELIZABETH LANG-MIERS
       JUSTICE